MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| PARADISE HARBOR PLACE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national association; and DOE individuals I through XX; and ROE Corporations I through XX,<br><br>Defendants. | Case No.: 2:22-cv-00313-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Paradise Harbor Place Trust (**Trust**) and Bank of America, N.A. (**BANA**) stipulate that BANA shall have through **July 26, 2022**, to file its response to the Trust's complaint. The current deadline is ~~July~~ June 27, 2022.

The failure of BANA to previously file its response to the Trust's complaint is a result of excusable neglect since BANA and the Trust are seriously exploring settlement options following this court's order denying the Trust's motions for a temporary restraining order and injunctive relief. ECF No. 16. Good cause also exists to grant the requested extension so the parties can continue to explore settlement options. Settlement includes this matter as well as other related quiet title matters in both in this court and in the state district court.

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party. Rather, it is intended as a firm date for the parties to

either resolve their dispute or move forward with this matter. The parties do not, at this time, request the court's assistance in mediating this matter

DATED this 27th day of June, 2022.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD** |
|---|---|
| */s/ Scott R. Lachman* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Christopher L. Benner* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> CHRISTOPHER L. BENNER, ESQ. <br> Nevada Bar No. 8963 <br> 2810 W. Charleston Boulevard, Suite 75 <br> Las Vegas, NV 89102 <br><br> *Attorneys for Paradise Harbor Place Trust* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**Case No.: 2:22-cv-00313-JCM-EJY**

**DATED:  June 27, 2022**

2